UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| TARA STEPPACHER, | : | Case No. 24-10286 (MEW) |
| | : | |
| Debtor. | : | |
| | : | |

**ORDER GRANTING MOTION TO REOPEN BANKRUPTCYCASE**

On July 31, 2025, Tara Steppacher filed a motion seeking to reopen this bankruptcy case to file an adversary proceeding to seek to discharge her student debt. [ECF No. 38]. The Court conducted a hearing on this matter on August 26, 2025, and after due consideration, it is hereby

ORDERED, that this case be reopened to allow the Debtor to commence an adversary proceeding seeking to discharge her student debt.

Dated: New York, New York
      August 26, 2025

                                  /s/ **Michael E. Wiles**
                                UNITED STATES BANKRUPTCY JUDGE